851 A.2d 635

IN THE MATTER OF ROBERT S. FISHER, AN ATTORNEY AT LAW (ATTORNEY NO. 032211988).

July 9, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–009, concluding that **ROBERT S. FISHER** of **VOORHEES,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.7(a) and (b) (conflict of interest), *RPC* 1.9(a) (conflict of interest-former client), *RPC* 5.5(a) (failure to maintain a bona fide office), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities); and good cause appearing;

It is ORDERED that **ROBERT S. FISHER** is suspended from the practice of law for a period of three months and until the

further Order of the Court, effective August 2, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.